**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**NUKEN L. OLIVER,**
      **Plaintiff,**

**-vs-**                **Case No. 6:05-cv-81-Orl-28DAB**

**ORLANDO ASSOCIATES, LTD.,**
      **Defendant.**
_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION TO STRIKE AND, IN THE ALTERNATIVE, MOTION FOR ENLARGEMENT OF TIME (Doc. No. 35)**
>
> **FILED:** **October 27, 2005**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED in part**; the deadline for Plaintiff's expert report is reset to November 17, 2005; Defendant's written response deadline is reset to December 19, 2005.

On July 27, 2005, Judge Antoon set a status conference in this case for October 25, 2005; Plaintiff's counsel did not appear for the hearing and an Order to Show Cause was issued. Docs. No. 33, 34. Defendant moves to any expert report of Plaintiff stricken or, in the alternative, for more time to serve the report of Defendant's expert. Doc. No. 35. Plaintiff's expert report was due on October 24, 2005, or 45 days following the inspection on September 8, 2005. Doc. No. 31 ¶ 3.

On October 24, 2005, Hurricane Wilma came ashore in Florida, causing much damage to the southern part of the state, including Miami, where Plaintiff's counsel is located. *See* Doc. No. 36.

From October 24 to 29, 2005, Plaintiff's counsel did not have electricity or internet service at his office or residence. *See* Doc. No. 36. **The Order to Show Cause for failure to appear at the October 24, 2005 hearing is discharged**. Plaintiff will be given until November 17, 2005 to provide Defendant with a copy of any expert report upon which Plaintiff intends to rely. Defendant's motion for an enlargement of time is **GRANTED** and the deadline is reset to December 19, 2005.

**DONE** and **ORDERED** in Orlando, Florida on November 3, 2005.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record